**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| 7TH & ALLEN EQUITIES, : <br> : <br> Plaintiff, : <br> : CASE NO. 5:11-cv-01567-JKG <br> v. : <br> : <br> HARTFORD CASUALTY INSURANCE : <br> COMPANY, : <br> : <br> Defendant. : | |

## NOTICE OF APPEARANCE

TO THE OFFICE OF THE CLERK:

Please enter the undersigned's appearance on behalf of Defendant, Hartford Casualty Insurance Company in connection with the above-captioned matter.

GIBBONS P.C.

BY:   s/Thomas S. Coleman
    Thomas S. Coleman
    Attorney ID No. 90848
    1700 Two Logan Square
    18th & Arch Streets
    Philadelphia, PA  19103
    (T)  215/665-0400
    (F)  215/636-0366
    *Attorneys for Defendant,*
    *Hartford Casualty Insurance Company*

Dated:  June 6, 2011

## CERTIFICATE OF SERVICE

I, Thomas S. Coleman, attorney for Defendant, Hartford Casualty Insurance Company, hereby certify that that on this 6th day of June, 2011, a true and correct copy of the foregoing Notice of Appearance on behalf of Defendant, electronically filed this day, has been served via the Court's ECF Filing System upon the following:

Pamela Hans, Esquire
ANDERSON KILL & OLICK, P.C.
1600 Market Street, Suite 2500
Philadelphia, PA  19103
*Attorney for Plaintiff*

GIBBONS P.C.

BY:   s/Thomas S. Coleman
      Thomas S. Coleman
      1700 Two Logan Square
      18th & Arch Streets
      Philadelphia, PA  19103
      (T)  215/665-0400
      (F)  215/636-0366
      *Attorneys for Defendant,*
      *Hartford Casualty Insurance Company*