### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| 7TH & ALLEN EQUITIES, : | |
| : | |
| Plaintiff, : | |
| : | CASE NO. 5:11-cv-01567-JKG |
| v. : | |
| : | |
| HARTFORD CASUALTY INSURANCE : | |
| COMPANY, : | |
| : | |
| Defendant. : | |

### NOTICE OF APPEARANCE

TO THE OFFICE OF THE CLERK:

Please enter the undersigned's appearance on behalf of Defendant, Hartford Casualty Insurance Company in connection with the above-captioned matter.

        GIBBONS P.C.

BY:  s/Richard D. Gable, Jr.
      Richard D. Gable, Jr.
      Attorney ID No. 65842
      1700 Two Logan Square
      18th & Arch Streets
      Philadelphia, PA  19103
      (T)  215/665-0400
      (F)  215/636-0366
      *Attorneys for Defendant,*
      *Hartford Casualty Insurance Company*

Dated: June 6, 2011

## CERTIFICATE OF SERVICE

I, Richard D. Gable, Jr., attorney for Defendant, Hartford Casualty Insurance Company, hereby certify that that on this 6th day of June, 2011, a true and correct copy of the foregoing Notice of Appearance on behalf of Defendant, electronically filed this day, has been served via the Court's ECF Filing System upon the following:

Pamela Hans, Esquire
ANDERSON KILL & OLICK, P.C.
1600 Market Street, Suite 2500
Philadelphia, PA  19103
*Attorney for Plaintiff*

GIBBONS P.C.

BY:   s/Richard D. Gable, Jr.
      Richard D. Gable, Jr.
      1700 Two Logan Square
      18th & Arch Streets
      Philadelphia, PA  19103
      (T)  215/665-0400
      (F)  215/636-0366
      *Attorneys for Defendant,*
      *Hartford Casualty Insurance Company*