**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| 7TH & ALLEN EQUITIES,<br><br>              Plaintiff,<br>    v.<br><br>HARTFORD CASUALTY INSURANCE COMPANY,<br>              Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:     CASE NO. 5:11-cv-01567-JKG |

**DEFENDANT HARTFORD CASUALTY INSURANCE COMPANY'S**
**DISCLOSURE STATEMENT PURSUANT TO RULE. 7.1**

    Hartford Casualty is wholly owned by Hartford Accident and Indemnity Company, a Connecticut corporation, which is wholly owned by Hartford Fire Insurance Company, also a Connecticut corporation. Hartford Fire Insurance Company is a wholly owned company of The Hartford Financial Services Group, Inc., a Delaware corporation. The Hartford Financial Services Group, Inc. is a publicly traded corporation that has no parent corporation. To the best of our knowledge, no publicly held corporation currently owns 10% or more of its common stock. Allianz SE, a publicly held corporation that has no parent corporation, holds contingent rights to purchase more than 10% of the common stock of The Hartford Financial Services Group, Inc.

                                              GIBBONS P.C.

                                              BY:   s/Thomas S. Coleman
                                                       Thomas S. Coleman
                                                       Attorney ID No. 90848
                                                       1700 Two Logan Square
                                                       18th & Arch Streets
                                                       Philadelphia, PA  19103
                                                       (T)  215/665-0400
                                                       (F)  215/636-0366
                                                       *Attorneys for Defendant,*
                                                       *Hartford Casualty Insurance Company*

Dated: <u>June 9, 2011</u>

## **CERTIFICATE OF SERVICE**

I, Thomas S. Coleman, attorney for Defendant, Hartford Casualty Insurance Company, hereby certify that that on this 9th day of June, 2011, a true and correct copy of the foregoing Disclosure Statement pursuant to F.R.C.P. 7.1, electronically filed this day, has been served via the Court's ECF Filing System upon the following:

Pamela Hans, Esquire
ANDERSON KILL & OLICK, P.C.
1600 Market Street, Suite 2500
Philadelphia, PA  19103
*Attorney for Plaintiff*

GIBBONS P.C.

BY:   s/Thomas S. Coleman
     Thomas S. Coleman
     1700 Two Logan Square
     18th & Arch Streets
     Philadelphia, PA  19103
     (T)  215/665-0400
     (F)  215/636-0366
     *Attorneys for Defendant,*
     *Hartford Casualty Insurance Company*