IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| 7TH & ALLEN EQUITIES | : | |
| | : | |
| vs. | : | CIVIL ACTION NO. 11-1567 |
| | : | |
| HARTFORD CASUALTY INSURANCE COMPANY | : | |

AMENDED
TELEPHONIC SETTLEMENT/STATUS CONFERENCE SCHEDULING ORDER

At the request of Pamela Dianne Hans, Esquire for a continuance, please be advised that the telephonic settlement/status conference in the above-captioned case scheduled to be held on **WEDNESDAY, JULY 6, 2011,** at **3:30 P.M.** before the Honorable Henry S. Perkin, United States Magistrate Judge is **CONTINUED TO THURSDAY, SEPTEMBER 8, 2011, AT 2:30 P.M.**

The Court directs Pamela Dianne Hans, Esquire, to initiate the call to all parties involved. Conference call contact number is **610-434-3823.**

COUNSEL ARE DIRECTED TO BE AVAILABLE BY TELEPHONE ON THE TIME STATED ABOVE. FAILURE TO COMPLY WITH THIS ORDER WILL RESULT IN THE IMPOSITION OF SANCTION.

**CONTINUANCE REQUESTS SHOULD BE MADE WITHIN FOURTEEN (14) DAYS OF RECEIPT OF THIS NOTICE. CONTINUANCE REQUESTS WILL ONLY BE GRANTED FOR THE MOST COMPELLING REASONS. PLEASE SEE JUDGE PERKIN'S SETTLEMENT PROCEDURES AT www.paed.uscourts.gov.**

Counsel are further directed to provide a Conference Summary and Case Synopsis to Chambers, by Email on or before **THURSDAY, SEPTEMBER 1, 2011, AT NOON.** The Email address is Chambers_of_Judge_Henry_S_Perkin@paed.uscourts.gov. The Conference Summary and Case Synopsis shall include:

1. The caption of the case
2. Whether case is a jury or nonjury trial
3. The trial counsel's name, address, phone number, fax number and client name
4. Identify any pending motions
5. Any other relevant matters

6. All prior demands and offers.
7. A case synopsis, **limited to two pages**, which shall be in **Microsoft Word** or **Wordperfect** Format

8. Should all parties so agree, they may consent to permit the court to have exparte communication with counsel by sending the attached form to chambers by fax.

This Email address shall be used for no other purposes unless prior permission it granted.

BY THE COURT:


/ss/ Henry S. Perkin
HENRY S. PERKIN, U.S.M.J.
FOR INFORMATION CONTACT CHAMBERS
Phone: 610-434-3823
FAX: 610-434-5152

Date: June 22, 2011
cc. Pamela Dianne Hans, Esquire 215-568-4573
    Thomas S. Coleman, Esquire
    Richard D. Gable, Jr., Esquire

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Plaintiff | Civil Action No. |
| v. | |
| Defendant | |

CONSENT TO HAVE EX PARTE COMMUNICATION
WITH UNITED STATES MAGISTRATE JUDGE

Counsel for the parties to the above-captioned civil proceeding hereby consent to ex parte communication with the United States Magistrate Judge Henry S. Perkin for the purpose of assisting with settlement/discovery matters in the above-captioned case.

The undersigned represent all counsel in the above-captioned civil proceeding.

DATED:

_____     _____

_____     _____

_____     _____
(Attorneys)                                            (Representing)