# UNITED STATES DISTRICT COURT
for the

Eastern District of Pennsylvania

| | | |
|---|---|---|
| 7TH & ALLEN EQUITIES | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 11-1567 |
| HARTFORD CASUALTY INSURANCE COMPANY | ) | (Amended Complaint) |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Hartford Casualty Insurance Company
c/o Corporation Service Company
251 E. Ohio Street, Ste 500
Indianapolis, IN 46204

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
PAMELA HANS
1600 MARKET ST, SUITE 2500
PHILADELPHIA, PA 19103

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 6/3/11

JOSEPH LAVIN, Deputy Clerk

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 11-1567

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* 6-29-11 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Kristen Bennett , who is
designated by law to accept service of process on behalf of *(name of organization)* Hartford
Casualty Insurance Co. on *(date)* 6-29-11 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 6-29-11

*Donald Lee*
Server's signature

Donald Lee, Deputy Constable
Printed name and title

9130 Sand Key Lane
Indianapolis, IN 46256
Server's address

Additional information regarding attempted service, etc: