IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| 7TH & ALLEN EQUITIES, | : |
| | : |
| Plaintiff, | : |
| v. | : CASE NO. 5:11-cv-01567-JKG |
| | : |
| HARTFORD CASUALTY INSURANCE COMPANY, | : |
| | : |
| Defendant. | : |

**DEFENDANT HARTFORD CASUALTY INSURANCE COMPANY'S
DISCLOSURE STATEMENT PURSUANT TO RULE. 7.1**

Hartford Casualty is wholly owned by Hartford Accident and Indemnity Company, a Connecticut corporation, which is wholly owned by Hartford Fire Insurance Company, also a Connecticut corporation. Hartford Fire Insurance Company is a wholly owned company of The Hartford Financial Services Group, Inc., a Delaware corporation. The Hartford Financial Services Group, Inc. is a publicly traded corporation that has no parent corporation. To the best of our knowledge, no publicly held corporation currently owns 10% or more of its common stock. Allianz SE, a publicly held corporation that has no parent corporation, holds contingent rights to purchase more than 10% of the common stock of The Hartford Financial Services Group, Inc.

                GIBBONS P.C.

BY:   /s/ Richard D. Gable, Jr.
        Richard D. Gable, Jr.
        Attorney ID No. 65842
        Thomas S. Coleman
        Attorney ID No. 90848
        1700 Two Logan Square
        18th & Arch Streets
        Philadelphia, PA 19103
        (T) 215/665-0400
        (F) 215/636-0366
        *Attorneys for Defendant,*
        *Hartford Casualty Insurance Company*

Dated: July 20, 2011

## CERTIFICATE OF SERVICE

I, Richard D. Gable, attorney for Defendant, Hartford Casualty Insurance Company, hereby certify that that on this 20th day of July, 2011, a true and correct copy of the foregoing Disclosure Statement pursuant to F.R.C.P. 7.1, electronically filed this day, has been served via the Court's ECF Filing System upon the following:

Pamela Hans, Esquire
ANDERSON KILL & OLICK, P.C.
1600 Market Street, Suite 2500
Philadelphia, PA  19103
*Attorney for Plaintiff*

GIBBONS P.C.

BY:   s/Richard D. Gable, Jr.
      Richard D. Gable, Jr.
      1700 Two Logan Square
      18th & Arch Streets
      Philadelphia, PA  19103
      (T)  215/665-0400
      (F)  215/636-0366
      *Attorneys for Defendant,*
      *Hartford Casualty Insurance Company*

#1664987 v1
106349-73242