**THE KANCHER LAW FIRM, L.L.C.**
By: Mark S. Kancher, Esquire
I.D. No. MK4461
Grove Professional Center
100 Grove Street
Haddonfield, NJ 08033
Tel: (856) 795-2440   Fax: (856) 795-4824
MKANCHER@KANCHERLAWFIRM.COM
Attorney for Plaintiff 7th & Allen Equities

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| 7th & ALLEN EQUITIES,                      : | |
| :                                          | Case No.:   11-cv-01567 |
| Plaintiff                             : | |
| vs.                                        : | |
| :                                          | **ENTRY OF APPEARANCE** |
| HARTFORD CASUALTY INSURANCE  : | |
| COMPANY                                    : | |
| Defendant                            : | |

To:   The Clerk of the U.S. District Court

Please enter my appearance in this matter as the attorney for Plaintiff 7th & Allen Equities.

Please provide me with notice of all proceedings and filings in this matter.

THE KANCHER LAW FIRM, LLC
Attorneys for Plaintiff 7th & Allen Equities

By:   _/s/  Mark S. Kancher_
MARK S. KANCHER, ESQUIRE
Attorney No. MK4461

Date:  October 5, 2011