```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA


7TH & ALLEN EQUITITES,           )
                                 ) Civil Action
            Plaintiff            ) No. 11-cv-01567
                                 )
     vs.                         )
                                 )
HARTFORD CASUALTY INSURANCE      )
   COMPANY,                      )
                                 )
            Defendant            )

                         *   *   *

APPEARANCES:

            MARK S. KANCHER
               On behalf of plaintiff

            THOMAS S. COLEMAN
               On behalf of defendant

                         *   *   *
```

### RULE 16 STATUS CONFERENCE ORDER

NOW, this 3rd day of November, 2011, after status conference conducted by telephone with the undersigned on this date, pursuant to Rule 16 of the Federal Rules of Civil Procedure, and by agreement of counsel,

IT IS ORDERED that, except as otherwise provided below, all discovery shall be completed by April 9, 2012.

IT IS FURTHER ORDERED that plaintiff shall be precluded from offering the testimony of expert witnesses at trial unless on or before May 9, 2012 plaintiff provides defense counsel with the name, address, curriculum vitae and a signed, written expert

report containing the findings, conclusions and opinions, of each such witness.

IT IS FURTHER ORDERED that defendant shall be precluded from offering the testimony of expert witnesses at trial unless on or before May 26, 2012 defendant provides plaintiff's counsel with the name, address, curriculum vitae and a signed, written expert report containing the findings, conclusions and opinions, of each such witness.

IT IS FURTHER ORDERED that all dispositive motions, including motions for summary judgment, accompanied by a brief, shall be filed and served on or before June 25, 2012.

IT IS FURTHER ORDERED that all motions in limine shall be filed and served on or before September 24, 2012.

IT IS FURTHER ORDERED that all motions (except those relying solely on a Federal Rule of Civil Procedure) shall be accompanied by a brief, not to exceed twenty-five pages without prior leave of court.  There shall be no reply briefs unless requested, or authorized, by the undersigned.  Reply briefs shall not exceed seven pages and must be filed within three business days of the court's request or approval.

IT IS FURTHER ORDERED that any party filing a motion for summary judgment or partial summary judgment shall file and serve, in addition to a brief, a separate short concise statement, in numbered paragraphs, of the material facts about

which the moving party contends there is no genuine dispute.  The moving party shall support each such material fact with specific citations to the record, and, where practicable, attach copies of the relevant portions of the record.  Failure to submit such a statement may constitute grounds for denial of the motion.

<u>IT IS FURTHER ORDERED</u> that any party opposing a motion for summary judgment or partial summary judgment shall file and serve, in addition to a brief, a separate short concise statement, responding in numbered paragraphs to the moving party's statement of the material facts about which the opposing party contends there is a genuine dispute, with specific citations to the record, and, where practicable, attach copies of the relevant portions of the record.  All factual assertions set forth in the moving party's statement shall be deemed admitted unless specifically denied by the opposing party in the manner set forth in this paragraph.

<u>IT IS FURTHER ORDERED</u> that a jury trial of the within case shall commence before the undersigned on Monday, November 19, 2012, at 9:30 o'clock a.m., or as soon thereafter as the schedule of the court permits, with the selection of a jury at the James A. Byrne United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.  After completion of jury selection, the trial shall continue in Courtroom B, Edward N. Cahn United States Courthouse, 504 West Hamilton Street,

Allentown, Pennsylvania.  This Order shall serve as a formal attachment for trial.

   IT IS FURTHER ORDERED that on or before November 21, 2011 all parties shall provide each other with the mandatory self-executing discovery disclosures required by Federal Rule of Civil Procedure 26(a).

         BY THE COURT:


          /s/ James Knoll Gardner
         James Knoll Gardner
         United States District Judge