# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| 7TH & ALLEN EQUITIES, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | NO. 11-1567 |
| HARTFORD CASUALTY INSURANCE, | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 9th day of February, 2012, upon consideration of Plaintiff's February 8, 2012 letter motion to compel,

**IT IS ORDERED** that Defendant shall provide any letter response to Chambers and Defendant's counsel on or before *February 16, 2012*.

BY THE COURT:

*/s/ Henry S. Perkin*
HENRY S. PERKIN,
United States Magistrate Judge