IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| 7TH & ALLEN EQUITIES,<br><br>                Plaintiff,<br><br>v.<br><br>HARTFORD CASUALTY INSURANCE COMPANY,<br><br>                Defendant. | :<br>:<br>:<br>:   CIVIL ACTION NO. 5:11-01567-JKG<br>:<br>:<br>:<br>:<br>:<br>: |

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that the undersigned counsel for Defendant Hartford Casualty Insurance Company has left the firm of Gibbons P.C. and our new address is with the firm of Butler Pappas Weihmuller Katz Craig LLP as follows:

    Butler Pappas Weihmuller Katz Craig LLP
    1818 Market Street, Suite 2740
    Philadelphia, PA 19103
    (215) 405-9191
    (215) 405-9190 (fax)

Kindly use the new firm name and address in all pleadings, correspondence, and other documents and direct all future correspondence and service of documents in this matter to the attorney of record at the new address.

                                              BUTLER PAPPAS WEIHMULLER KATZ CRAIG LLP

                                              s/Thomas S. Coleman
                                              RICHARD D. GABLE, JR., ESQ. (Attorney ID 65842)
                                              rgable@butlerpappas.com
                                              THOMAS S. COLEMAN, ESQ. (Attorney ID 90848)
                                              tcoleman@butlerpappas.com
                                              1818 Market Street, Suite 2740
                                              Philadelphia, PA  19103
                                              Telephone:   (215) 405-9191
                                              Facsimile:   (215) 405-9190
                                              *Attorneys for Defendant, Hartford Casualty*
May 8, 2012                                 *Insurance Company*

## **CERTIFICATE OF SERVICE**

I, Thomas S. Coleman, hereby certify that, on this 8th day of May, 2012 a true and correct copy of the foregoing Notice of Change of Address, electronically filed this day, has been served on the following counsel of record via the Court's Electronic Filing System:

Mark S. Kancher, Esquire
The Kancher Law Firm, L.L.C.
Grove Professional Center
100 Grove Street
Haddonfield, NJ  08033
*Attorney for the Plaintiff*

s/Thomas S. Coleman
THOMAS S. COLEMAN, ESQ.