# EXHIBIT R

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

- - -

7th & ALLEN EQUITIES,    :   Civil Action

        Plaintiff,    :   DOCKET NO.

           v.          :   5:11-cv-01567

HARTFORD CASUALTY        :

INSURANCE COMPANY,       :

        Defendants.

- - -

Tuesday, March 14, 2012

- - -

Oral deposition of PATRICK ROELS taken pursuant to notice, was held at the Allentown City Hall, 435 West Hamilton Street, Allentown, Pennsylvania 18101, beginning at 10:40 a.m., on the above date, before Constance S. Kent, a Registered Professional Reporter and Notary Public in and for the Commonwealth of Pennsylvania.

\* \* \*

MAGNA LEGAL SERVICES
(866) 624-6221
www.MagnaLS.com

Page 2

1   A P P E A R A N C E S:

2       KANCHER LAW FIRM, LLC
        BY:   MARK S. KANCHER, ESQUIRE
3       Grove Professional Center
        100 Grove Street
4       Haddonfield, New Jersey  08033
        856.795.2440
5       MKancher@KancherLawFirm.com
        Counsel for Plaintiff
6
        GIBBONS, PC
7       BY:   THOMAS COLEMAN, ESQUIRE
        1700 Two Logan Square, 17th Floor
8       18th and Arch Streets
        Philadelphia, Pennsylvania  19103
9       215.665.0400
        Counsel for Defendant Hartford
10
        CITY OF ALLENTOWN
11      BY:   DALE R. WILES, ESQUIRE
        Assistant City Solicitor
12      435 West Hamilton Street
        Suite 519
13      Allentown, Pennsylvania 18101
        610.437.7545
14      wilesd@allentowncity.org
        Counsel for City of Allentown

15

16

17

18

19

20

21

22

23

24

```
 1                        - - -
                         I N D E X
 2                        - - -

 3    Testimony of:   PATRICK ROELS

 4
         By Mr. Coleman                      5
 5       By Mr. Kancher                    116

 6

 7                        - - -

 8                    E X H I B I T S

 9                        - - -

10    NO.          DESCRIPTION                   PAGE

11    Roels-1  Unfit for Human Habitation
               Notice, dated July 8, 2009,
12             Bates Allentown 0046
               through 0047                        87
13

14

15

16

17

18

19

20

21

22

23

24
```

```
 1                    - - -
 2          DEPOSITION SUPPORT INDEX
 3                    - - -
 4
 5   Direction to Witness Not to Answer
 6   Page Line        Page Line        Page Line
 7   None
 8
 9
10   Request for Production of Documents
11   Page Line        Page Line        Page Line
12   None
13
14
15   Stipulations
16   Page Line        Page Line        Page Line
17   None
18
19
20   Question Marked
21   Page Line        Page Line        Page Line
22   None
23
24
```

Page 5

```
 1            (It is hereby stipulated and
 2       agreed by and between counsel that
 3       sealing, certification and filing
 4       are waived and that all
 5       objections, except as to the form
 6       of the question, are reserved
 7       until the time of trial.)
 8            PATRICK ROELS, having been
 9       first duly sworn, was examined and
10       testified as follows:
11                    -  -  -
12            E X A M I N A T I O N
13                    -  -  -
14  BY MR. COLEMAN:
15       Q.   Good morning, Mr. Roels.  As
16  you know, my name is Thomas Coleman and
17  I'm representing Hartford Casualty
18  Insurance Company here today.  We have
19  subpoenaed you here today and you're
20  being represented by a city solicitor
21  sitting to your right; is that correct,
22  sir?
23       A.   Yes.
24       Q.   Could you please state your
```

```
 1  coming through the ceiling.  Moldy water
 2  was dripping through the ceiling and it
 3  was in the ceiling tiles.
 4          Q.      Were you able to perform any
 5  further inspection of the cause of the
 6  water that was entering the first floor?
 7          A.      Chris said there was no
 8  access to upstairs.  The woman -- I'm
 9  trying to remember.  She didn't want to
10  get involved.  She had something going on
11  with her health and she was unable to --
12  she didn't want to be bothered anymore,
13  she just wanted to leave.
14          Q.      To the best of your
15  recollection, do you have any other
16  memory as to what happened in connection
17  with that particular incident or
18  complaint?
19          A.      No, but I believe at the
20  time I said, I'm going to keep my eye on
21  this because we were doing the whole 7th
22  Street corridor and systematic inspection
23  and whatnot.
24          Q.      And you said keep your eye
```

```
 1   on this, you mean the building in
 2   particular?
 3           A.    Yes.
 4           Q.    Okay.  And why -- why did
 5   you think you needed to keep your eye on
 6   the building?
 7           A.    She was crying, she was
 8   hysterical.  I spent time with this woman
 9   and she was definitely sick, physically.
10   She blamed it all on this episode.
11           Q.    Were you able to do any
12   further inspection of this particular
13   episode?
14           A.    Not that I'm aware of.
15           Q.    What's your next
16   recollection of attention being called to
17   this building -- your attention being
18   called to this building?
19           A.    Looking at my notes, that
20   was November '07.  Apparently my next
21   entry is April of '08.  Okay.
22                 "April of '08.  Rite Aid
23   gets plans and permits to remodel this
24   portion of the store possibly as a result
```

# EXHIBIT S

# 7th and ALLEN EQUITIES, LLC

3000 ATRIUM WAY
SUITE 219
MOUNT LAUREL, NJ 08054
(856) 273-6917 (856) 727-3559 facsimile

---

VIA CERTIFIED MAIL

January 20, 2010

Carmen Dragotta
Housing Supervisor
Bureau of Building Standards and Safety
City of Allentown
641 S. 10th Street
Allentown, PA 18103-3173

Re:   602-618 N. 7th Street, Allentown, PA

With regard to the above noted property, we are planning to tear down the building. The plans are not complete at this time. I am traveling this week and will be in touch with you next week.

Very truly yours,

*Dictated But Not Read by George M. Diemer*
George M. Diemer
7th and Allen Equities, LLC

0642