```
             IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA

7TH & ALLEN EQUITIES,           )
                                )  Civil Action
           Plaintiff            )  No. 11-cv-01567
                                )
     vs.                        )
                                )
HARTFORD CASUALTY INSURANCE     )
  COMPANY,                      )
                                )
           Defendants           )
```

O R D E R

NOW, this 21st day of August, 2012, upon consideration of Plaintiff 7th & Allen Equities' Notice of Cross-Motion for Partial Summary Judgment as to Liability, which cross-motion was filed August 13, 2012 (Document 40); it appearing that plaintiff's cross-motion is untimely[1],

IT IS ORDERED that Plaintiff 7th & Allen Equities' Notice of Cross-Motion for Partial Summary Judgment as to Liability is dismissed as untimely.

BY THE COURT:

/s/ James Knoll Gardner
James Knoll Gardner
United States District Judge

---

[1] By Order dated and filed June 20, 2012 the parties were given until July 24, 2012 to file all dispositive motions.

On July 24, 2012 defendant filed a motion for summary judgment (Document 38). On August 13, 2012 plaintiff filed a response to defendant's motion accompanied by the within cross-motion which seeks summary judgment for plaintiff on the issue of liability.

Because plaintiff's cross-motion is a dispositive motion, and is untimely, and because the court requires sufficient time to adjudicate any motion for summary judgment prior to the trial scheduled for November 5, 2012, I dismiss plaintiff's cross-motion as untimely.