```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

7TH & ALLEN EQUITIES,           )
                                )   Civil Action
            Plaintiff           )   No. 11-CV-01567
                                )
      vs.                       )
                                )
HARTFORD CASUALTY INSURANCE     )
   COMPANY,                     )
                                )
            Defendants          )
```

ARGUMENT SCHEDULING ORDER

NOW, this 29th day of August, 2012,

IT IS ORDERED that oral argument is scheduled before Judge James Knoll Gardner on Wednesday, October 31, 2012, at 1:30 o'clock p.m. in the James A. Byrne United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania, on Defendant Hartford Casualty Insurance Company's Notice of Motion for Summary Judgment Pursuant to F.R.C.P. 56, which motion was filed July 24, 2012.

IT IS FURTHER ORDERED that not later than seven days before the argument date each party shall submit to Judge Gardner[1] a written summary of the issues and of that party's argument, which summary shall not exceed two pages in length.[2]

---

[1] The memoranda may be forwarded to Judge Gardner by mail at Edward N. Cahn United States Courthouse, 504 West Hamilton Street, Suite 4701, Allentown, Pennsylvania 18101; or by fax at (610) 434-3459.

[2] Ordinarily each party shall have 20 minutes to present oral argument unless more time is allotted, or less time is directed, by Judge Gardner.  There will be no rebuttal argument unless Judge Gardner requests it.

IT IS FURTHER ORDERED that continuances will be granted only in extraordinary circumstances.  Continuance requests shall be signed by one counsel of record for each represented party and by each unrepresented party.  Continuance requests shall be submitted at least ten days prior to the argument on a form approved by Judge Gardner.

By:

/s/ Cheryl E. Sinclair
CHERYL E. SINCLAIR
Civil Deputy Clerk to
Judge James Knoll Gardner
Phone:  (610) 434-3457