UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| 7TH & ALLEN EQUITIES<br><br>PLAINTIFF,<br><br>V.<br><br>HARTFORD CASUALTY<br>INSURANCE COMPANY<br><br>DEFENDANT. | CASE NO: 5:11-CV-01567-JKG<br><br>**NOTICE OF APPEARANCE** |

TO THE OFFICE OF THE CLERK:

Please enter my appearance as co-counsel on behalf of Plaintiff, 7th & Allen Equities, in the above-captioned matter. Please provide me with notice of all proceedings and filings in this matter.

SILVERANG & DONOHOE, LLC

By: __/s/ Mark S. Haltzman__
Mark S. Haltzman, Esquire
mhaltzman@sanddlawyers.com
Attorney I.D. No. 38957
595 East Lancaster Avenue, Ste. 203
St. Davids, PA  19087
(610) 263-0131

*Co-Counsel for Plaintiff, 7TH & Allen Equities*

Dated:  9/17/12

{00313677;1}

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| 7TH & ALLEN EQUITIES<br><br>PLAINTIFF,<br><br>V.<br><br>HARTFORD CASUALTY<br>INSURANCE COMPANY<br><br>DEFENDANT. | CASE NO: 5:11-CV-01567-JKG<br><br>**CERTIFICATE OF SERVICE** |

The undersigned hereby certify that on the date set forth below, I served a true and correct copy of the foregoing Notice of Appearance as co-counsel on behalf of Plaintiff, on the following via the Court's ECF Filing System and electronic mail:

mkancher@kancherlawfirm.com
Mark S. Kancher, Esquire
**The Kancher Law Firm LLC**
Grove Professional Center
100 Grove St.
Haddonfield, NJ 08033

*Attorneys for Plaintiff, 7th & Allen Equities*

tcoleman@butlerpappas.com
rgable@butlerpappas.com
Thomas S. Coleman, Esquire
Richard D. Gable, Jr., Esquire
**Butler Pappas Weihmuller Katz Craig LLP**
1818 Market St Ste 2740
Philadelphia, Pa 19103

*Attorneys for Defendant,
Hartford Casualty Insurance Company*

**SILVERANG & DONOHOE, LLC**

By:   s/ Mark S. Haltzman
Mark S. Haltzman, Esquire
mhaltzman@sanddlawyers.com
Attorney I.D. No. 38957
595 East Lancaster Avenue, Ste. 203
St. Davids, PA  19087
(610) 263-0131

Dated:  9/17/12

*Co-Counsel for Plaintiff, 7TH & Allen Equities*