<u>IN THE UNITED STATES DISTRICT COURT</u>
<u>FOR THE EASTERN DISTRICT OF PENNSYLVANIA</u>

```
7TH & ALLEN EQUITIES,              )
                                   )   Civil Action
            Plaintiff              )   No. 11-cv-01567
                                   )
      vs.                          )
                                   )
HARTFORD CASUALTY INSURANCE        )
   COMPANY,                        )
                                   )
            Defendants             )
```

<u>O R D E R</u>

NOW, this 17th day of September, 2012, upon consideration of Defendant Hartford Casualty Insurance Company's Motion for Leave to File a Reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment, which motion for leave was filed September 13, 2012 (Document 57); upon review of defendant's proposed reply brief, which was attached to the within motion; it appearing that defendant's reply brief may be helpful in the adjudication of defendant's motion for summary judgment,

<u>IT IS ORDERED</u> that defendant's motion for leave to file a reply brief is granted.

<u>IT IS FURTHER ORDERED</u> that the Clerk of Court is directed to file the Reply Brief of Defendant Hartford Casualty Insurance Company, which is attached to the within motion as Exhibit "A" (Document 57-1).

BY THE COURT:

/s/ James Knoll Gardner
James Knoll Gardner
United States District Judge