# EXHIBIT 3

EXHIBIT 3

{00247877;1}

Case 5:11-cv-01567-JKG  Document 56-1  Filed 09/18/12  Page 1 of 2

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| 7TH & ALLEN EQUITIES, | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION NO. 5:11-01567-JKG |
| HARTFORD CASUALTY INSURANCE COMPANY, | : |
| Defendant. | : |

## AFFIDAVIT OF MICHAEL ZAZULA

STATE OF PENNSYLVANIA

COUNTY OF Delaware

BEFORE ME, the undersigned authority, personally appeared MICHAEL ZAZULA, and who, after first being sworn, deposes and says:

1. My name is MICHAEL ZAZULA. I am over 21 years of age and otherwise competent to make the statements set forth herein.

2. I have personal knowledge of all matters contained in this Affidavit.

3. On March 11, 2009, I inspected the subject sprinkler head at the insured building located at 602-618 North 7th Street, Allentown, PA (the "subject building").

4. Employee(s) of Rite-Aid were present at the subject building at the time of my March 11, 2009 inspection and the Rite-Aid employee(s) made available the subject sprinkler head for inspection.

5. The Rite-Aid employee(s) specifically stated they were instructed to retain the subject sprinkler head at the conclusion of my inspection.

6. I performed the March 11, 2009 inspection on site at the subject building

and in the presence of the Rite Aid employee(s) that had possession of the subject sprinkler head.

7. At no time was the subject sprinkler head ever received by me, retained by me or in my custody or possession.

8. At the conclusion of my inspection, I specifically asked the Rite Aid employee(s) if I could take possession of the subject sprinkler head as evidence.

9. The Rite Aid employee(s) refused to allow me to take possession of the subject sprinkler head. The Rite Aid employee(s) stated he was informed to not release the sprinkler head and that employee(s) would maintain possession of the sprinkler.

10. After I was denied the ability to take possession of the sprinkler head, I repeatedly advised/informed the Rite Aid employee(s) of the importance to retain the subject sprinkler head as it was clearly a significant evidentiary component in determining the causation of the subject loss.

_____
[signature of Affiant]

Michal Zuzula
[typed name of Affiant]

60 Heather Rd.

Turnersville, N.J. 08012
[address of Affiant]

Dated: 9/11/12

2

STATE OF PENNSYLVANIA

COUNTY OF Delaware

On this, the 11th day of September, 2012, before me De'Lisa Lynn Aronson, the undersigned notary public, personally appeared Michael Zazula,, known to me (or satisfactorily proven) to be the person(s) whose name(s) is/are subscribed to the within instrument, and acknowledged that Michael Zazula executed the same for the purposes therein contained and produced New Jersey Drivers License as his identification.

In witness whereof, I hereunto set my hand and official seals.


_____
NOTARY PUBLIC

Dated: 09.11.2012
My Commission Expires: 11.03.2013

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
De'Lisa Lynn Aronson, Notary Public
Aston Twp., Delaware County
My Commission Expires Nov. 3, 2013
Member, Pennsylvania Association of Notaries

3