EXHIBIT 4

# EXHIBIT 4

{00247877;1}

Page 1

```
        IN THE UNITED STATES DISTRICT COURT
    FOR THE EASTERN DISTRICT OF PENNSYLVANIA
                    -   -   -
7th & ALLEN EQUITIES    :   CIVIL ACTION
                        :
         v.             :
                        :
                        :
                        :
HARTFORD CASUALTY       :   NO. 5:11-cv-
INSURANCE COMPANY       :   01567-JKG
                    -   -   -
              March 1, 2012
                    -   -   -
```

          Oral deposition of GERALD J.

FILLMAN, JR., held in the offices of

GIBBONS, P.C., 1700 Two Logan Square,

18th & Arch Streets, Philadelphia,

Pennsylvania 19103, commencing at

10:00 a.m., on the above date, before

Pamela J. Gober Bracic, a Federally

Approved Registered Professional Reporter

and Notary Public.

                    -   -   -

MAGNA LEGAL SERVICES

(866) 624-6221

www.MagnaLS.com

1    told that that was the cause of it?

2         A.    I believe it was a few days.

3    I don't recollect that it was any time

4    longer than that.

5         Q.    Do you recall if anyone was

6    with you when Kistler O'Brien told you

7    that that's how it happened?

8         A.    I don't recall.

9         Q.    Is that the type of thing

10   that you and facilities would have wanted

11   to learn?

12        A.    More so I would say

13   facilities.  My job was to operate the

14   store and get it back open.

15        Q.    So you think facilities

16   would have been concerned about figuring

17   out why the loss occurred?

18             MR. BYRON:  Objection.

19             THE WITNESS:  Simply because

20        they are the liaison.

21   BY MR. COLEMAN:

22        Q.    At any point after the

23   incident in question, were you given

24   possession of the sprinkler head?

1          A.      I don't recall ever

2   receiving that.

3          Q.      Do you recall attending a

4   meeting with anyone from Plick and

5   Associates?

6          A.      Plick and Associates?  No.

7          Q.      Does the name Mike Zazulla

8   ring a bell?

9          A.      Not to my recollection, no.

10          Q.      Do you have any recollection

11   as to anybody else that had possession of

12   the sprinkler head at that point after

13   the incident?

14          A.      No, not to my recollection.

15          Q.      How long after the incident

16   did it take for the store to open again?

17          A.      It took us about 4 to

18   5 days.

19          Q.      Can you describe the extent

20   of the damage to the leased space -- your

21   space -- due to the sprinkler leak?

22          A.      There was a lot of ceiling

23   tile damaged that needed to be replaced,

24   there was some interior/exterior