# EXHIBIT 5

{00247877;1}

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

- - -

7th & ALLEN EQUITIES  :  CIVIL ACTION
                      :
        v.            :
                      :
                      :
HARTFORD CASUALTY     :  NO. 5:11-cv-
INSURANCE COMPANY     :  01567-JKG

- - -

February 28, 2012

- - -

Oral deposition of

CHRISTOPHER R. ELLIS, held in the offices

of GIBBONS, P.C., 1700 Two Logan Square,

18th & Arch Streets, Philadelphia,

Pennsylvania 19103, commencing at

10:04 a.m., on the above date, before

Pamela J. Gober Bracic, a Federally

Approved Registered Professional Reporter

and Notary Public.

- - -

MAGNA LEGAL SERVICES

(866) 624-6221

www.MagnaLS.com

Page 99

1       A.      They had to stay a specific
2   distance, but I don't know what the
3   specific distance is.
4       Q.      When you got to the third
5   floor on the afternoon of the date of the
6   incident -- March 4, 2009 -- was
7   Mr. Fillman with you?
8       A.      Yes.
9       Q.      And he pointed out to you
10  where he saw the leak coming from?
11      A.      He pointed out a sprinkler
12  head.
13      Q.      Was that same sprinkler head
14  still the one that had leaked?  Was it
15  still in the ceiling when he pointed it
16  out to you?
17      A.      At that time there was a new
18  sprinkler head that was on.
19      Q.      Do you know who put the new
20  sprinkler head on?
21      A.      No.
22      Q.      Did you see the other
23  sprinkler head anywhere?
24      A.      No.

```
 1        Q.    Do you know where the old
 2   sprinkler head was at that time?
 3        A.    No.
 4        Q.    At any time after that date,
 5   did you see the old sprinkler head?
 6        A.    After the March 4th date?
 7        Q.    Yes.
 8        A.    I recall seeing it one other
 9   time and that's it.  It was myself and
10   Jerry and another person.  I don't know
11   who it was.
12              I remember looking at it,
13   and that's it.  That's all I remember.
14        Q.    How long after the March 4th
15   incident did you see it?
16        A.    I would say at least a day
17   or two.
18        Q.    Why did you see it at that
19   point?  Do you know?
20        A.    Jerry just showed it to me.
21        Q.    What did he say when he
22   showed it to you?
23        A.    I don't know what he would
24   of said.
```

Page 101

```
 1         Q.    Do you know where it had
 2   been kept between March 4th and the time
 3   you saw it?
 4         A.    No, I don't.
 5         Q.    And you said there was
 6   another person there.  Is that correct?
 7         A.    Yes.
 8         Q.    Do you know why there was
 9   another person there?
10         A.    No.
11         Q.    Did he identify himself to
12   you?
13         A.    I don't know if he did or
14   not.
15         Q.    Did you talk to this other
16   person about what you had seen on the
17   date of the incident?
18         A.    I don't remember.
19         Q.    Was there any discussion
20   between this other person and Mr. Fillman
21   while you were present?
22         A.    I don't recall.
23         Q.    How long did this -- I'm
24   going to call it a "meeting" -- among the
```

```
                                                   Page 102
 1   three of you take?
 2         A.    I don't know.  I was there
 3   very briefly, and then I went away.  So I
 4   don't know how long.
 5         Q.    And where did this meeting
 6   take place?
 7         A.    It was in the office, in the
 8   manager's office.
 9         Q.    At the Rite Aid store?
10         A.    Yes.
11         Q.    Had the old sprinkler head
12   been left in that office?
13         A.    I don't know what happened
14   to it.
15         Q.    Where was Mr. Fillman's
16   office?
17         A.    He didn't have an office
18   there.
19         Q.    Did he have an office
20   anywhere?
21         A.    South 4th Street, another
22   store.
23         Q.    In Allentown?
24         A.    Yes.
```

Magna Legal Services

Page 103

```
 1        Q.    Do you know if he kept the
 2   sprinkler head at the South 4th Street
 3   office?
 4        A.    I don't know if he did or
 5   not.
 6        Q.    Do you know if he brought it
 7   to the Allen Street store that day that
 8   you had this meeting with the other
 9   individual?
10        A.    I don't recall.
11        Q.    Did the other individual
12   take the sprinkler head at the meeting?
13        A.    I don't recall.
14        Q.    Have you ever heard of an
15   individual by the name of Skip Cane?
16        A.    No.
17        Q.    Did the individual who met
18   with you when you saw the old sprinkler
19   head identify himself as having been from
20   any company, whether an insurance
21   company, a repair company, an
22   investigator of some sort or any other
23   entity?
24        A.    I don't recall.
```