## CERTIFICATE OF SERVICE

I certify I caused a true and complete copy of the within *Plaintiff's Motion in Limine to Bar the Testimony of Plick & Associates and Its Employees and to Strike the Affidavit of Michael Zazula dated September 11, 2012* to be served upon those listed below by filing same with the U.S.D.C., E.D. Pa. ECF system on September 24, 2012:

        Thomas S. Coleman, Esquire
        Richard D. Gable Jr., Esquire
        **Butler Pappas Weihmuller Katz Craig LLP**
        1818 Market Street, Suite 2740
        Philadelphia, PA 19103

        Respectfully submitted,

        SILVERANG & DONOHOE, LLC

        By: _____
        Mark S. Haltzman, Esquire
        595 East Lancaster Avenue
        Suite 203
        St. Davids, PA  19087
        (610) 263-0115
        *mhaltzman@sanddlawyers.com*

        **THE KANCHER LAW FIRM, LLC**
        Mark S. Kancher, Esquire
        100 Grove Street
        Haddonfield, NJ  08033
        (856) 795-2440

        Attorneys for Plaintiff

{00314889;3}