# EXHIBIT E

Page 62

```
1        Q.   Did there come a point after
2   that you did that?
3        A.   With Ms. Unger and
4   facilities, yes.
5        Q.   Do you have a recollection
6   of telling Ms. Hartford that you deduced
7   the sprinkler pipe had burst because of
8   the broken windows and the pipe freezing?
9        A.   No, I did not deduce that.
10       Q.   Did you ever reach your own
11  conclusions as to why you thought the
12  leak had occurred?
13          MR. KANCHER:  Objection to
14  form.
15          THE WITNESS:  The leak?  The
16  sprinkler head?
17  BY MR. COLEMAN:
18       Q.   The sprinkler head, yes.
19       A.   Only what was told to me by
20  Kistler O'Brien and the other people that
21  were on site.
22       Q.   What did Kistler O'Brien
23  tell you?
24       A.   That it had frozen and
```

Page 63

```
1   shattered.
2          That was only one of many
3   people that were on site, so...
4        Q.   Do you recall any other
5   persons or entities telling you that that
6   was how the leak had occurred?  That it
7   had frozen and shattered?
8        A.   Not specifically, no.
9          Kistler O'Brien worked with
10  plumbers and other personnel that were on
11  site.
12       Q.   Was Kistler O'Brien a
13  contractor that Rite Aid used?
14       A.   I don't believe so.  The
15  fire system that was in place there was
16  not part of Rite Aid fire protection.
17       Q.   Do you have a recollection
18  as to who from Kistler O'Brien told you
19  that the sprinkler head had frozen and
20  shattered?
21       A.   No, sir.  There were
22  tremendous amounts of personnel on site.
23       Q.   About how long after the
24  incident occurred do you remember being
```

Page 64

```
1   told that that was the cause of it?
2        A.   I believe it was a few days.
3   I don't recollect that it was any time
4   longer than that.
5        Q.   Do you recall if anyone was
6   with you when Kistler O'Brien told you
7   that that's how it happened?
8        A.   I don't recall.
9        Q.   Is that the type of thing
10  that you and facilities would have wanted
11  to learn?
12       A.   More so I would say
13  facilities.  My job was to operate the
14  store and get it back open.
15       Q.   So you think facilities
16  would have been concerned about figuring
17  out why the loss occurred?
18          MR. BYRON:  Objection.
19          THE WITNESS:  Simply because
20  they are the liaison.
21  BY MR. COLEMAN:
22       Q.   At any point after the
23  incident in question, were you given
24  possession of the sprinkler head?
```

Page 65

```
1        A.   I don't recall ever
2   receiving that.
3        Q.   Do you recall attending a
4   meeting with anyone from Plick and
5   Associates?
6        A.   Plick and Associates?  No.
7        Q.   Does the name Mike Zazula
8   ring a bell?
9        A.   Not to my recollection, no.
10       Q.   Do you have any recollection
11  as to anybody else that had possession of
12  the sprinkler head at that point after
13  the incident?
14       A.   No, not to my recollection.
15       Q.   How long after the incident
16  did it take for the store to open again?
17       A.   It took us about 4 to
18  5 days.
19       Q.   Can you describe the extent
20  of the damage to the leased space -- your
21  space -- due to the sprinkler leak?
22       A.   There was a lot of ceiling
23  tile damaged that needed to be replaced,
24  there was some interior/exterior
```

17  (Pages  62  to  65)

# EXHIBIT F

mail Chris all contacts name, info and phone numbers, and he will call Jerry this evening to confirm time to meet tomorrow. Told Jerry if there is a conflict to let me know and I can send someone. Chris said not to sign the Restoration contract as long as they are working.

*Apex were checking the system and found running water ¾ inch pipe is running into a radiator system which is running into a bathroom in the basement into a drain into the system. Mold and damage shows that it has been running for years. ADDRESS WITH INSURANCE CARRIER – TBD (separate issue from insurance claim, hired Plumber to fix the problem, he shut off any pipes not necessary for Rite Aid)*

Jeff – 484-634-0278 - Apex could not get air pressure, so something is wide open – they should try to trouble shoot – Jeff recommends them staying and troubleshooting while they are there and everything is open instead of coming back tomorrow – I agreed – Jeff called back, the city shut the water off and will not be back until tomorrow morning to turn it back on, so the building is unprotected with no fire alarm tonight. Apex will be back out first thing in the am.


3/6 – Rob Smith called, Hartford has to transfer it to another large claim agent. They need someone to open the elevator door – they need access to the elevator pit, they need to lock the elevator so it doesn't fall so they can get into the elevator shaft to clean the water there. Need to find an elevator company and electrician to lock it call him back after the Hartford calls me to confirm coverage and then after I find an elevator company

Called Joe from Adriot Elevator and Lift 610-791-4334 – he will contact Bob Smith and go out to lock elevator on Monday so Bob can remove water from elevator shaft

Bob mentioned that we have to make a decision on mold removal

Andrea from Del County Rest called – they need the faxed work authorization today. Called GMD, signed and sent.

Chris Ernest Im, he does not think the damage will be covered by Hartford because we failed to provide heat, which caused the pipe burst. Further investigation is needed, he is going to contact his boss for further investigation – called GMD to let him, know, he said proceed as usual, get the emergency work done and pay who needs to be paid.

Jerry called, the separate pipe leak issue that we thought could wait now can not, because they knocked some walls out to find the leak, that pipe is now leaking into the store at a serious rate. He said we need to get a plumber out right away. Called @10 plumbers – can not get anyone out there. Called Jeff to see if one of their guys can do it or if he knows anyone who can go. He is going to call Jerry to get more info and try to figure out who to send and what to do. Also, Jeff said they still have not had success getting the City of Allentown to turn the water back on/get the sprinkler system back on line, so they are still on fire watch. They will try to get it done today, if they can't, they will have to pay overtime for Sat. Also, there are going to be three options going forward, either get heat to the vacant space/pipes,

0879

# EXHIBIT G

```
1    were below 32?

2           A.    Yes.

3           Q.    I appreciate you walking me

4    through that.  Looking at the top of

5    these two paragraphs -- "callout, third

6    floor sprinkler went off.  Once on site,

7    found third floor flooded due to

8    sprinkler head going off.  It appears

9    there was no heat and the system froze."

10              How did you reach that

11   conclusion?

12          A.    It was cold.  It was bitter

13   cold.  It was very cold.  The building --

14   it was -- it felt just as cold inside as

15   it was outside.  There was no change.

16   You couldn't feel the change and -- you

17   know.

18          Q.    And forgive me if these

19   sound like very basic questions; but

20   then, in your mind, as a lead sprinkler

21   technician, is it then, for lack of a

22   better term, common sense or a very

23   obvious conclusion as to what might

24   happen when you approach a situation like
```

Page 70

1   that?

2                   MR. KANCHER:  Object to the

3           form.

4   BY MR. COLEMAN:

5           Q.   You can still answer.

6   How --

7           A.   To me, it was just common

8   sense.  It was that cold, that -- you

9   know, I know that when you get cold, you

10  go somewhere where it's warm.  It

11  was that -- it appeared that cold.

12          Q.   And did that -- it being --

13  the fact that it was that cold in the

14  building, did that then lead you to

15  conclude that the sprinkler had frozen

16  and ruptured?

17                  MR. KANCHER:  Object to the

18          form.

19  BY MR. COLEMAN:

20          Q.   You tell me what led you to

21  conclude that the system froze.

22          A.   Seeing the condition of the

23  building from previous inspections, going

24  up to the floor where the head had

1    allegedly went off, it was -- nothing had

2    changed.  Everything -- the windows were

3    still -- it was cold.  It's the only way

4    I can describe it.  It was cold.

5          Q.    Do you have an independent

6    recollection of reviewing any of the

7    prior inspection reports prepared by

8    Kistler in connection with this property?

9          A.    At one point, I probably did

10   read through some of them, yes.  Prior to

11   this incident, no, because it's not about

12   an inspection.  It was about a callout

13   due to breakage.

14         Q.    Did you talk to anyone about

15   your conclusion that the system froze

16   that day?

17         A.    There was multiple people on

18   site, multiple people.  The repair was

19   already made prior to me getting there

20   and everybody said that, you know, it

21   froze and broke.

22         Q.    Do you recall who everybody

23   was?

24         A.    Just people there.  I didn't

# EXHIBIT H

## Craig Rohner

| | |
|---|---|
| **From:** | Craig Rohner <cwrohner@comcast.net> |
| **Sent:** | Tuesday, June 14, 2011 4:07 PM |
| **To:** | Laura Hart |
| **Cc:** | George M Diemer |
| **Subject:** | Heating Calculations |

Laura,

I have someone who can do sophisticated heating calculations to determine the third floor temperature based upon conditions when Rite Aid heated their space in the Allentown building. I have a set of plans to give out but do not have the **size of the heater** that Rite Aid used. Also I would need to know if **the walls and/or ceiling** of the Rite Aid area **were insulated** and if so what **R factor**.

Is there any chance Billy would have this information? Assuming he does not, is there any way he could get this information between now and Thursday night? Thank you.

Craig

CROHNER 0096

# EXHIBIT I

Form **1065**

Department of the Treasury
Internal Revenue Service

# U.S. Return of Partnership Income

For calendar year 2010, or tax year beginning _____, 2010,
ending _____, 20 _____.
► See separate instructions.

OMB No. 1545-0099

**2010**

| A  Principal business activity | Name of partnership | D  Employer Identification number |
|---|---|---|
| Rental | Seventh & Allen Equities, LLC | 23-3063274 |
| B  Principal product or service | Number, street, and room or suite number. If a P.O. box, see the instructions. | E  Date business started |
| Real Estate | 3000 Atrium Way, Suite 219 | 02/09/01 |
| C  Business code number | City or town              State    ZIP code | F  Total assets (see instrs) |
| 531110 | Mount Laurel          NJ 08054 | $ 1,121,471. |

G  Check applicable boxes: (1) ☐ Initial return (2) ☐ Final return (3) ☐ Name change (4) ☐ Address change (5) ☐ Amended return
(6) ☐ Technical termination – also check (1) or (2)

H  Check accounting method: (1) ☒ Cash (2) ☐ Accrual (3) ☐ Other (specify) ► _ _ _ _ _ _ _ _ _ _ _

I  Number of Schedules K-1. Attach one for each person who was a partner at any time during the tax year ► _ _ _ _ _ _ _ _ _ _ 2

J  Check if Schedules C and M-3 are attached ................................................. ☐

**Caution.** *Include only trade or business income and expenses on lines 1a through 22 below. See the instructions for more information.*

| | | | | |
|---|---|---|---|---|
| **I N C O M E** | 1a Gross receipts or sales .................................... | 1a | | |
| | b Less returns and allowances ............................ | 1b | 1c | |
| | 2 Cost of goods sold (Schedule A, line 8) ..................................... | | 2 | |
| | 3 Gross profit. Subtract line 2 from line 1c ..................................... | | 3 | |
| | 4 Ordinary income (loss) from other partnerships, estates, and trusts (attach statement) | | 4 | |
| | 5 Net farm profit (loss) *(attach Schedule F (Form 1040))* ..................... | | 5 | |
| | 6 Net gain (loss) from Form 4797, Part II, line 17 *(attach Form 4797)* ......... | | 6 | |
| | 7 Other income (loss) (attach statement) | | 7 | |
| | 8 **Total income (loss).** Combine lines 3 through 7 ............................ | | 8 | |
| **D E D U C T I O N S** (SEE INSTRUCTIONS FOR LIMITATIONS) | 9 Salaries and wages (other than to partners) (less employment credits) ......... | | 9 | |
| | 10 Guaranteed payments to partners ........................................... | | 10 | |
| | 11 Repairs and maintenance ................................................... | | 11 | |
| | 12 Bad debts ................................................................. | | 12 | |
| | 13 Rent .................................................................... | | 13 | |
| | 14 Taxes and licenses ....................................................... | | 14 | |
| | 15 Interest ................................................................. | | 15 | |
| | 16a Depreciation *(if required, attach Form 4562)* ............. | 16a | | |
| | b Less depreciation reported on Schedule A and elsewhere on return ...... | 16b | 16c | |
| | 17 Depletion (**Do not deduct oil and gas depletion.**) ......................... | | 17 | |
| | 18 Retirement plans, etc ...................................................... | | 18 | |
| | 19 Employee benefit programs ................................................ | | 19 | |
| | 20 Other deductions (attach statement) | | 20 | |
| | 21 **Total deductions.** Add the amounts shown in the far right column for lines 9 through 20 ............... | | 21 | |
| | 22 **Ordinary business income (loss).** Subtract line 21 from line 8 ............................. | | 22 | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than general partner or limited liability company member manager) is based on all information of which preparer has any knowledge.

► _____
Signature of general partner or limited liability company member manager

► _____
Date

May the IRS discuss this return with the preparer shown below (see instrs)? ☒ Yes ☐ No

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check ☒ if self-employed | PTIN |
|---|---|---|---|---|
| Paul Martella | | | | P00486790 |

Firm's name ► Paul Martella, C.P.A.   Firm's EIN ► 20-8231165

Firm's address ► 17 Thomas Eakins Way
Marlton          NJ 08053   Phone no. (856) 596-7066

BAA  For Paperwork Reduction Act Notice, see separate instructions.

PTPA0112 01/18/11   Form **1065** (2010)

CROHNER 0040

Form **1065** (2010)   Seventh & Allen Equities, LLC                                  23-3063274        Page **2**

| **Schedule A** | **Cost of Goods Sold** (see the instructions) | | |
|---|---|---|---|
| 1 | Inventory at beginning of year | 1 | |
| 2 | Purchases less cost of items withdrawn for personal use | 2 | |
| 3 | Cost of labor | 3 | |
| 4 | Additional section 263A costs (attach statement) | 4 | |
| 5 | Other costs (attach statement) | 5 | |
| 6 | **Total.** Add lines 1 through 5 | 6 | |
| 7 | Inventory at end of year | 7 | |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on page 1, line 2 | 8 | |

**9a** Check all methods used for valuing closing inventory:
- **(i)** ☐ Cost as described in Regulations section 1.471-3
- **(ii)** ☐ Lower of cost or market as described in Regulations section 1.471-4
- **(iii)** ☐ Other (specify method used and attach explanation) ▶ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

**b** Check this box if there was a writedown of 'subnormal' goods as described in Regulations section 1.471-2(c) ▶ ☐
**c** Check this box if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) ▶ ☐
**d** Do the rules of section 263A (for property produced or acquired for resale) apply to the partnership? ☐ Yes ☐ No
**e** Was there any change in determining quantities, cost, or valuations between opening and closing inventory? ☐ Yes ☐ No
If 'Yes,' attach explanation .

| **Schedule B** | **Other Information** | Yes | No |
|---|---|---|---|
| **1** | What type of entity is filing this return? Check the applicable box: | | |
| | **a** ☐ Domestic general partnership   **b** ☐ Domestic limited partnership | | |
| | **c** ☒ Domestic limited liability company   **d** ☐ Domestic limited liability partnership | | |
| | **e** ☐ Foreign partnership   **f** ☐ Other .... ▶ | | |
| **2** | At any time during the tax year, was any partner in the partnership a disregarded entity, a partnership (including an entity treated as a partnership), a trust, an S corporation, an estate (other than an estate of a deceased partner), or a nominee or similar person? | | X |
| **3** | At the end of the tax year: | | |
| **a** | Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If 'Yes,' attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership | | X |
| **b** | Did any individual or estate own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If 'Yes,' attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership | X | |
| **4** | At the end of the tax year, did the partnership: | | |
| **a** | Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If 'Yes,' complete (i) through (iv) below | | X |

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

**b** Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If 'Yes,' complete (i) through (v) below .... ☐ X

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

CROHNER 0041

Form **1065** (2010) Seventh & Allen Equities, LLC     23-3063274     Page **3**

| | | Yes | No |
|---|---|---|---|
| 5 | Did the partnership file Form 8893, Election of Partnership Level Tax Treatment, or an election statement under section 6231(a)(1)(B)(ii) for partnership-level tax treatment, that is in effect for this tax year? See Form 8893 for more details . . . . . . . . . | | X |
| 6 | Does this partnership satisfy **all four** of the following conditions? | | |
| **a** | The partnership's total receipts for the tax year were less than $250,000. | | |
| **b** | The partnership's total assets at the end of the tax year were less than $1 million. | | |
| **c** | Schedules K-1 are filed with the return and furnished to the partners on or before the due date (including extensions) for the partnership return. | | |
| **d** | The partnership is not filing and is not required to file Schedule M-3 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | X | |
| | If 'Yes,' the partnership is not required to complete Schedules L, M-1, and M-2; Item F on page 1 of Form 1065; or Item L on Schedule K-1. | | |
| 7 | Is this partnership a publicly traded partnership as defined in section 469(k)(2)? . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| 8 | During the tax year, did the partnership have any debt that was cancelled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| 9 | Has this partnership filed, or is it required to file, Form 8918, Material Advisor Disclosure Statement, to provide information on any reportable transaction? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| 10 | At any time during calendar year 2010, did the partnership have an interest in or a signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account)? See the instructions for exceptions and filing requirements for Form TD F 90-22.1, Report of Foreign Bank and Financial Accounts. If 'Yes,' enter the name of the foreign country. . ▶ | | X |
| 11 | At any time during the tax year, did the partnership receive a distribution from, or was it the grantor of, or transferor to, a foreign trust? If 'Yes,' the partnership may have to file Form 3520, Annual Return To Report Transactions With Foreign Trusts and Receipt of Certain Foreign Gifts. See instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| 12a | Is the partnership making, or had it previously made (and not revoked), a section 754 election? . . . . . . . . . . . . . . . . . | | X |
| | See instructions for details regarding section 754 election. | | |
| **b** | Did the partnership make for this tax year an optional basis adjustment under section 743(b) or 734(b)? If 'Yes,' attach a statement showing the computation and allocation of the basis adjustment. See instructions . . . . . . . . . . . . . . . . . | | X |
| **c** | Is the partnership required to adjust the basis of partnership assets under section 743(b) or 734(b) because of a substantial built-in loss (as defined under section 743(d)) or substantial basis reduction (as defined under section 734(d))? If 'Yes,' attach a statement showing the computation and allocation of the basis adjustment. See instructions . . . . . . . . . . . . . | | X |
| 13 | Check this box if, during the current or prior tax year, the partnership distributed any property received in a like-kind exchange or contributed such property to another entity (other than entities wholly-owned by the partnership throughout the tax year) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐ | | |
| 14 | At any time during the tax year, did the partnership distribute to any partner a tenancy-in-common or other undivided interest in a partnership property? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| 15 | If the partnership is required to file Form 8858, Information Return of U.S. Persons With Respect To Foreign Disregarded Entities, enter the number of Forms 8858 attached. | | |
| | See instructions     ▶ | | |
| 16 | Does the partnership have any foreign partners? If 'Yes,' enter the number of Forms 8805, Foreign Partner's Information Statement of Section 1446 Withholding Tax, filed for this partnership.     ▶ | | X |
| 17 | Enter the number of Forms 8865, Return of U.S. Persons With Respect to Certain Foreign Partnerships, attached to this return . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ | | |

**Designation of Tax Matters Partner** (see the instructions)
Enter below the general partner designated as the tax matters partner (TMP) for the tax year of this return:

| | | |
|---|---|---|
| Name of designated TMP ▶ | Identifying number of TMP · ▶ | |
| If the TMP is an entity, name of TMP representative ▶ | Phone number of TMP ▶ | |
| Address of designated TMP ▶ | | |

Form **1065** (2010)

CROHNER 0042

Form **1065** (2010)  Seventh & Allen Equities, LLC                    23-3063274          Page **4**

### Schedule K   Partners' Distributive Share Items

| | | | Total amount |
|---|---|---|---|
| **Income (Loss)** | 1 Ordinary business income (loss) (page 1, line 22) | 1 | |
| | 2 Net rental real estate income (loss) (attach Form 8825) | 2 | -223,491. |
| | 3a Other gross rental income (loss) | 3a | |
| | b Expenses from other rental activities (attach stmt) | 3b | |
| | c Other net rental income (loss). Subtract line 3b from line 3a | 3c | |
| | 4 Guaranteed payments | 4 | |
| | 5 Interest income | 5 | |
| | 6 Dividends: a Ordinary dividends | 6a | |
| | b Qualified dividends | 6b | |
| | 7 Royalties | 7 | |
| | 8 Net short-term capital gain (loss) (attach Schedule D (Form 1065)) | 8 | |
| | 9a Net long-term capital gain (loss) (attach Schedule D (Form 1065)) | 9a | |
| | b Collectibles (28%) gain (loss) | 9b | |
| | c Unrecaptured section 1250 gain (attach statement) | 9c | |
| | 10 Net section 1231 gain (loss) (attach Form 4797) | 10 | |
| | 11 Other income (loss) (see instructions) Type ▶ | 11 | |
| **Deductions** | 12 Section 179 deduction (attach Form 4562) | 12 | |
| | 13a Contributions | 13a | |
| | b Investment interest expense | 13b | |
| | c Section 59(e)(2) expenditures: (1) Type ▶ _____ (2) Amount ▶ | 13c (2) | |
| | d Other deductions (see instructions) Type ▶ | 13d | |
| **Self-Employment** | 14a Net earnings (loss) from self-employment | 14a | |
| | b Gross farming or fishing income | 14b | |
| | c Gross nonfarm income | 14c | |
| **Credits** | 15a Low-income housing credit (section 42(j)(5)) | 15a | |
| | b Low-income housing credit (other) | 15b | |
| | c Qualified rehabilitation expenditures (rental real estate) (attach Form 3468) | 15c | |
| | d Other rental real estate credits (see instructions) Type ▶ | 15d | |
| | e Other rental credits (see instructions) Type ▶ | 15e | |
| | f Other credits (see instructions) Type ▶ | 15f | |
| **Foreign Transactions** | 16a Name of country or U.S. possession ... ▶ | | |
| | b Gross income from all sources | 16b | |
| | c Gross income sourced at partner level | 16c | |
| | Foreign gross income sourced at partnership level | | |
| | d Passive category ▶ _____ e General category ▶ _____ f Other ▶ | 16f | |
| | Deductions allocated and apportioned at partner level | | |
| | g Interest expense ▶ _____ h Other ▶ | 16h | |
| | Deductions allocated and apportioned at partnership level to foreign source income | | |
| | i Passive category ▶ _____ j General category ▶ _____ k Other ▶ | 16k | |
| | l Total foreign taxes (check one): ▶ Paid ☐ Accrued ☐ | 16l | |
| | m Reduction in taxes available for credit (attach statement) | 16m | |
| | n Other foreign tax information (attach statement) | | -86. |
| **Alternative Minimum Tax (AMT) Items** | 17a Post-1986 depreciation adjustment | 17a | |
| | b Adjusted gain or loss | 17b | |
| | c Depletion (other than oil and gas) | 17c | |
| | d Oil, gas, and geothermal properties — gross income | 17d | |
| | e Oil, gas, and geothermal properties — deductions | 17e | |
| | f Other AMT items (attach stmt) | 17f | |
| **Other Information** | 18a Tax-exempt interest income | 18a | |
| | b Other tax-exempt income | 18b | |
| | c Nondeductible expenses | 18c | |
| | 19a Distributions of cash and marketable securities | 19a | |
| | b Distributions of other property | 19b | |
| | 20a Investment income | 20a | |
| | b Investment expenses | 20b | |
| | c Other items and amounts (attach stmt) | | |

BAA                                                    Form **1065** (2010)

CROHNER 0043

Form **1065** (2010)  Seventh & Allen Equities, LLC                23-3063274                Page **5**

## Analysis of Net Income (Loss)

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Net income (loss). Combine Schedule K, lines 1 through 11. From the result, subtract the sum of Schedule K, lines 12 through 13d, and 16l | | | | **1** | -223,491. |

| 2 Analysis by partner type: | (i) Corporate | (ii) Individual (active) | (iii) Individual (passive) | (iv) Partnership | (v) Exempt organization | (vi) Nominee/Other |
|---|---|---|---|---|---|---|
| a General partners | | | | | | |
| b Limited partners | | -223,491. | | | | |

## Schedule L  Balance Sheets per Books

| Assets | | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---|---|---|---|
| 1 Cash | | | 3,213. | | 682. |
| 2a Trade notes and accounts receivable | | | | | |
| b Less allowance for bad debts | | | | | |
| 3 Inventories | | | | | |
| 4 U.S. government obligations | | | | | |
| 5 Tax-exempt securities | | | | | |
| 6 Other current assets (attach stmt) . . . . Ln.6. Stmt | | | 20,599. | | 26,522. |
| 7 Mortgage and real estate loans | | | | | |
| 8 Other investments (attach stmt) | | | | | |
| 9a Buildings and other depreciable assets | 958,690. | | | 958,690. | |
| b Less accumulated depreciation | 208,971. | | 749,719. | 233,929. | 724,761. |
| 10a Depletable assets | | | | | |
| b Less accumulated depletion | | | | | |
| 11 Land (net of any amortization) | | | 369,405. | | 369,405. |
| 12a Intangible assets (amortizable only) | 12,001. | | | 12,001. | |
| b Less accumulated amortization | 10,700. | | 1,301. | 11,900. | 101. |
| 13 Other assets (attach stmt) | | | | | |
| 14 Total assets | | | 1,144,237. | | 1,121,471. |
| **Liabilities and Capital** | | | | | |
| 15 Accounts payable | | | 4,460. | | 4,460. |
| 16 Mortgages, notes, bonds payable in less than 1 year | | | | | |
| 17 Other current liabilities (attach stmt) | | | | | |
| 18 All nonrecourse loans | | | | | |
| 19 Mortgages, notes, bonds payable in 1 year or more | | | 904,975. | | 853,150. |
| 20 Other liabilities (attach stmt) | | | | | |
| 21 Partners' capital accounts | | | 234,802. | | 263,861. |
| 22 Total liabilities and capital | | | 1,144,237. | | 1,121,471. |

## Schedule M-1  Reconciliation of Income (Loss) per Books With Income (Loss) per Return
**Note.** Schedule M-3 may be required instead of Schedule M-1 (see instructions).

| | | | | | |
|---|---|---|---|---|---|
| 1 | Net income (loss) per books | -223,491. | 6 | Income recorded on books this year not included on Schedule K, lines 1 through 11 (itemize): | |
| 2 | Income included on Schedule K, lines 1, 2, 3c, 5, 6a, 7, 8, 9a, 10, and 11, not recorded on books this year (itemize): | | a | Tax-exempt interest . . . $ _ _ _ _ _ _ _ _ _ | |
| | _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | | 7 | Deductions included on Schedule K, lines 1 through 13d, and 16l, not charged against book income this year (itemize): | |
| 3 | Guaranteed pmts (other than health insurance) | | a | Depreciation . . . . . $ _ _ _ _ _ _ _ _ _ | |
| 4 | Expenses recorded on books this year not included on Schedule K, lines 1 through 13d, and 16l (itemize): | | | | |
| a | Depreciation . . . . . . $ _ _ _ _ _ _ _ _ _ | | 8 | Add lines 6 and 7 | |
| b | Travel and entertainment . . . . $ _ _ _ _ _ _ _ _ _ | | 9 | Income (loss) (Analysis of Net Income (Loss), line 1). Subtract line 8 from line 5 | -223,491. |
| 5 | Add lines 1 through 4 | -223,491. | | | |

## Schedule M-2  Analysis of Partners' Capital Accounts

| | | | | | |
|---|---|---|---|---|---|
| 1 | Balance at beginning of year | 234,802. | 6 | Distributions: a Cash | |
| 2 | Capital contributed: a Cash | 252,550. | | b Property | |
| | b Property | | 7 | Other decreases (itemize): _ _ _ _ _ _ _ | CROHNER 0044 |
| 3 | Net income (loss) per books | -223,491. | | _ _ _ _ _ _ _ _ _ _ _ _ _ | |
| 4 | Other increases (itemize): _ _ _ _ _ _ | | 8 | Add lines 6 and 7 | |
| 5 | Add lines 1 through 4 | 263,861. | 9 | Balance at end of year. Subtract line 8 from line 5 | 263,861. |

PTPA0134  06/24/10                                                                Form **1065** (2010)

Form **8825**
(Rev December 2010)

Department of the Treasury
Internal Revenue Service

# Rental Real Estate Income and Expenses of a Partnership or an S Corporation

▶ See instructions.
▶ Attach to Form 1065, Form 1065-B, or Form 1120S.

OMB No. 1545-1186

| Name | Employer identification number |
|---|---|
| Seventh & Allen Equities, LLC | 23-3063274 |

**1** Show the type and address of each property. For each rental real estate property listed, report the number of days rented at fair rental value and days with personal use. See instructions. See page 2 to list additional properties.

| | Physical address of each property — street, city, state, ZIP code | Type — Enter code 1-8; see page 2 for list | Fair Rental Days | Personal Use Days |
|---|---|---|---|---|
| A | | | | |
| B | | | | |
| C | | | | |
| D | | | | |

| Rental Real Estate Income | | Properties | | | |
|---|---|---|---|---|---|
| | | A | B | C | D |
| **2** Gross rents | **2** | 0. | | | |
| **Rental Real Estate Expenses** | | | | | |
| **3** Advertising | **3** | | | | |
| **4** Auto and travel | **4** | | | | |
| **5** Cleaning and maintenance | **5** | | | | |
| **6** Commissions | **6** | | | | |
| **7** Insurance | **7** | 32,822. | | | |
| **8** Legal and other professional fees | **8** | 18,743. | | | |
| **9** Interest | **9** | 71,042. | | | |
| **10** Repairs | **10** | 2,218. | | | |
| **11** Taxes | **11** | 35,840. | | | |
| **12** Utilities | **12** | 10,828. | | | |
| **13** Wages and salaries | **13** | | | | |
| **14** Depreciation (see instructions) | **14** | 24,958. | | | |
| **15** Other (list) ▶ Secuity | **15** | 986. | | | |
| _____ Power Sweeping | | 6,000. | | | |
| _____ Snow Removal | | 18,125. | | | |
| * STMT | | 1,929. | | | |
| **16** Total expenses for each property. Add lines 3 through 15 | **16** | 223,491. | | | |
| **17** Income or (Loss) from each property. Subtract line 16 from line 2 | **17** | -223,491. | | | |

| | | | |
|---|---|---|---|
| **18a** Total gross rents. Add gross rents from line 2, columns A through H | **18a** | | 0. |
| **18b** Total expenses. Add total expenses from line 16, columns A through H | **18b** | | -223,491. |
| **19** Net gain (loss) from Form 4797, Part II, line 17, from the disposition of property from rental real estate activities | **19** | | |
| **20a** Net income (loss) from rental real estate activities from partnerships, estates, and trusts in which this partnership or S corporation is a partner or beneficiary (from Schedule K-1) | **20a** | | |

**b** Identify below the partnerships, estates, or trusts from which net income (loss) is shown on line 20a. Attach a schedule if more space is needed:

**CROHNER 0045**

| (1) Name | (2) Employer identification number |
|---|---|
| | |
| | |

**21** Net rental real estate income (loss). Combine lines 18a through 20a. Enter the result here and on:
- **Form 1065 or 1120S:** Schedule K, line 2, or
- **Form 1065-B:** Part I, line 4

| **21** | | -223,491. |
|---|---|---|

**SCHEDULE B-1**
**(Form 1065)**
(December 2009)
Department of the Treasury
Internal Revenue Service

## Information on Partners Owning 50% or More of the Partnership

► Attach to Form 1065. See instructions.

OMB No. 1545-0099

| Name of partnership | Employer identification number (EIN) |
|---|---|
| Seventh & Allen Equities, LLC | 23-3063274 |

### Part I    Entities Owning 50% or More of the Partnership (Form 1065, Schedule B, Question 3a)

Complete columns (i) through (v) below for any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization that owns, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership (see instructions).

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

### Part II    Individuals or Estates Owning 50% or More of the Partnership (Form 1065, Schedule B, Question 3b)

Complete columns (i) through (iv) below for any individual or estate that owns, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership (see instructions).

| (i) Name of Individual or Estate | (ii) Identifying Number (if any) | (iii) Country of Citizenship (see instructions) | (iv) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|
| George M Diemer | 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 | United States | 50.0000 |
| Craig Rohner | 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 | United States | 50.0000 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

**BAA For Paperwork Reduction Act Notice, see the instructions for Form 1065.**    Cat. No. 49842K    Schedule B-1 (Form 1065) (12-2009)

CROHNER 0046

651110

| Schedule K-1<br>(Form 1065)<br>Department of the Treasury<br>Internal Revenue Service | **2010**<br>For calendar year 2010, or tax<br>year beginning _____, 2010<br>ending _____ | ☐ Final K-1        ☐ Amended K-1        OMB No. 1545-0099 |

**Partner's Share of Income, Deductions, Credits, etc.**        ► See separate instructions.

| **Part III** | **Partner's Share of Current Year Income, Deductions, Credits, and Other Items** |
| --- | --- |

| | | | |
| --- | --- | --- | --- |
| 1 | Ordinary business income (loss) | 15 | Credits |
| 2 | Net rental real estate income (loss) $-111,745.$ | | |
| 3 | Other net rental income (loss) | 16 | Foreign transactions |
| 4 | Guaranteed payments | | |
| 5 | Interest income | | |
| 6a | Ordinary dividends | | |
| 6b | Qualified dividends | | |
| 7 | Royalties | | |
| 8 | Net short-term capital gain (loss) | | |
| 9a | Net long-term capital gain (loss) | 17 A | Alternative minimum tax (AMT) items $-43.$ |
| 9b | Collectibles (28%) gain (loss) | | |
| 9c | Unrecaptured section 1250 gain | | |
| 10 | Net section 1231 gain (loss) | 18 | Tax-exempt income and nondeductible expenses |
| 11 | Other income (loss) | | |
| | | 19 | Distributions |
| 12 | Section 179 deduction | | |
| 13 | Other deductions | 20 | Other information |
| 14 | Self-employment earnings (loss) | | |

### Part I   Information About the Partnership

**A** Partnership's employer identification number
23-3063274

**B** Partnership's name, address, city, state, and ZIP code
Seventh & Allen Equities, LLC
3000 Atrium Way, Suite 219
Mount Laurel, NJ 08054

**C** IRS Center where partnership filed return
Cincinnati, OH

**D** ☐ Check if this is a publicly traded partnership (PTP)

### Part II   Information About the Partner

**E** Partner's identifying number
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

**F** Partner's name, address, city, state, and ZIP code
Craig Rohner
222 Kingsley Court
Mount Laurel, NJ 08054

**G** ☒ General partner or LLC member-manager    ☐ Limited partner or other LLC member

**H** ☒ Domestic partner    ☐ Foreign partner

**I** What type of entity is this partner? Individual

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
| --- | --- | --- |
| Profit | 50.00000 % | 50.00000 % |
| Loss | 50.00000 % | 50.00000 % |
| Capital | 50.00000 % | 50.00000 % |

**K** Partner's share of liabilities at year end:

| | |
| --- | --- |
| Nonrecourse | $ 2,230. |
| Qualified nonrecourse financing | $ 0. |
| Recourse | $ 853,150. |

**L** Partner's capital account analysis:

| | |
| --- | --- |
| Beginning capital account | $ 100,103. |
| Capital contributed during the year | $ 125,650. |
| Current year increase (decrease) | $ -111,745. |
| Withdrawals and distributions | $ |
| Ending capital account | $ 114,008. |

☒ Tax basis    ☐ GAAP    ☐ Section 704(b) book
☐ Other (explain)

**M** Did the partner contribute property with a built-in gain or loss?
☐ Yes   ☒ No
If "Yes", attach statement (see instructions)

*See attached statement for additional information.

F O R   I R S   U S E   O N L Y

CROHNER 0047

BAA For Paperwork Reduction Act Notice, see Instructions for Form 1065.        Schedule K-1 (Form 1065) 2010

PTPA0312  01/25/11

Seventh & Allen Equities, LLC   23-3063274

Schedule K-1 (Craig Rohner), Supplemental Information
**Supplemental Information**

This Schedule K-1 is from an Eligible Small Business.

CROHNER 0048

651110

| Schedule K-1 | **2010** | ☐ Final K-1   ☐ Amended K-1 | OMB No. 1545-0099 |
|---|---|---|---|

**Schedule K-1**
(Form 1065)

Department of the Treasury
Internal Revenue Service

**2010**
For calendar year 2010, or tax
year beginning _____ , 2010
ending _____

**Partner's Share of Income, Deductions, Credits, etc.**   ► See separate instructions.

| Part III | Partner's Share of Current Year Income, Deductions, Credits, and Other Items |
|---|---|

| # | Item | # | Item |
|---|---|---|---|
| 1 | Ordinary business income (loss) | 15 | Credits |
| 2 | Net rental real estate income (loss)   **-111,746.** | | |
| 3 | Other net rental income (loss) | 16 | Foreign transactions |
| 4 | Guaranteed payments | | |
| 5 | Interest income | | |
| 6a | Ordinary dividends | | |
| 6b | Qualified dividends | | |
| 7 | Royalties | | |
| 8 | Net short-term capital gain (loss) | | |
| 9a | Net long-term capital gain (loss) | 17 | Alternative minimum tax (AMT) items   **A      -43.** |
| 9b | Collectibles (28%) gain (loss) | | |
| 9c | Unrecaptured section 1250 gain | | |
| 10 | Net section 1231 gain (loss) | 18 | Tax-exempt income and nondeductible expenses |
| 11 | Other income (loss) | | |
| 12 | Section 179 deduction | 19 | Distributions |
| 13 | Other deductions | | |
| | | 20 | Other information |
| 14 | Self-employment earnings (loss) | | |

*See attached statement for additional information.

**Part I   Information About the Partnership**

**A** Partnership's employer identification number
23-3063274

**B** Partnership's name, address, city, state, and ZIP code
Seventh & Allen Equities, LLC
3000 Atrium Way, Suite 219
Mount Laurel, NJ 08054

**C** IRS Center where partnership filed return
Cincinnati, OH

**D** ☐ Check if this is a publicly traded partnership (PTP)

**Part II   Information About the Partner**

**E** Partner's identifying number
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

**F** Partner's name, address, city, state, and ZIP code
George M. Diemer
351 NW 135 Terrace
Pembroke Cove Apt 205, FL 33028

**G** ☒ General partner or LLC member-manager    ☐ Limited partner or other LLC member

**H** ☒ Domestic partner    ☐ Foreign partner

**I** What type of entity is this partner? Individual

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | 50.00000 % | 50.00000 % |
| Loss | 50.00000 % | 50.00000 % |
| Capital | 50.00000 % | 50.00000 % |

**K** Partner's share of liabilities at year end:
Nonrecourse .......................... $ 2,230.
Qualified nonrecourse financing........ $ 0.
Recourse ............................. $ 0.

**L** Partner's capital account analysis:
Beginning capital account ............ $ 134,699.
Capital contributed during the year ... $ 126,900.
Current year increase (decrease) ...... $ -111,746.
Withdrawals and distributions ......... $
Ending capital account ............... $ 149,853.

☒ Tax basis    ☐ GAAP    ☐ Section 704(b) book
☐ Other (explain)

**M** Did the partner contribute property with a built-in gain or loss?
☐ Yes    ☒ No
If 'Yes', attach statement (see instructions)

FOR IRS USE ONLY

CROHNER 0049

PTPA0312   01/25/11

Seventh & Allen Equities, LLC   23-3063274                                    1

Schedule K-1 (George M. Diemer), Supplemental Information
**Supplemental Information**

This Schedule K-1 is from an Eligible Small Business.

CROHNER 0050

Seventh & Allen Equities, LLC   23-3063274                                    1

Form 1065, Schedule L, Line 6
**Other Current Assets**

| Other Current Assets: | Beginning of tax year | End of tax year |
|---|---|---|
| Escrow – Alliance | 20,599. | 25,499. |
| Other | | 1,023. |
| Total | 20,599. | 26,522. |

Form 8825, Page 1, Line 15
**Other Expenses Stmt**

| Other (list) ► | | | | |
|---|---|---|---|---|
| Administrative | 729. | | | |
| Amortization | 1,200. | | | |
| Total | 1,929. | | | |

CROHNER 0051

Seventh & Allen Equities, LLC  23-3063274                                    1

**Additional Information**

EXPLANATION FOR LARGE OPERATING LOSS

This rental property incurred a large operating loss in 2009 and 2010 due to a sprinkler head freezing and bursting and flooding the interior of the building. The cost to repair the damage caused by the flood approximated $146,000 none of which was or will be reimbursed by insurance. Additionally, the main tenant, Rite Aid Drug Store, vacated the building after the flood greatly reducing rental income for 2009 and resulting on zero rental income for 2010.

CROHNER 0052