IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| 7TH & ALLEN EQUITIES, | : | Civil Action No. 11-cv-01567 |
| | : | |
| Plaintiff, | : | |
| | : | |
| HARTFORD CASUALTY INSURANCE COMPANY, | : | |
| | : | |
| Defendant. | : | |

## ENTRY OF APPEARANCE

**TO THE CLERK OF COURT:**

Please enter my appearance as counsel for Defendant Hartford Casualty Insurance Company, in the above-captioned action. I certify that I have been admitted to practice in this Court.

By: _____
Michael J. O'Neill, Esquire
Attorney ID No. 82191
Ansa Assuncao, LLP
1600 JFK Boulevard, Suite 900
Philadelphia, PA 19103

Attorney for Defendant,
Hartford Casualty Insurance Company

Dated: October 5, 2012

## CERTIFICATE OF SERVICE

I, Michael J. O'Neill., Esquire, do hereby certify that a true and correct copy of the foregoing Entry of Appearance was sent via Electronic Case Filing to the below counsel:

Mark S. Kancher
The Kancher Law Firm LLC
Grove Professional Center
100 Grove St.
Haddonfield, NJ 08033
*Attorney for Plaintiffs*

By: _____
Michael J. O'Neill, Esquire

Date:  October 5, 2012