IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| 7TH & ALLEN EQUITIES,<br><br>                Plaintiff,<br><br>    vs.<br><br>HARTFORD CASUALTY<br>INSURANCE COMPANY,<br><br>                Defendants. | CIVIL ACTION NO. 11-cv-01567 |

## ORDER

AND NOW, this 5th day of October, 2012, upon consideration of Defendant's letter requesting production of Plaintiff's principals' personal tax returns (Dkt. No. 72) dated September 25, 2012, and Plaintiff's letter denying production of its principals' personal tax returns (Dkt. No. 71) dated October 2, 2012,

    **IT IS ORDERED** that Defendant's letter requesting the production of Plaintiff's principals' personal tax returns is **DENIED**.[1]

BY THE COURT:

_____
HENRY S. PERKIN
United States Magistrate Judge

---

[1] The discovery period for this case ended on July 10, 2012, and the parties have had ample time for discovery. There is no justification for the compulsion of such information at this time because the Defendant has made no showing of a compelling need for the principals' tax returns.