IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

7TH & ALLEN EQUITIES,              )
                                         ) Civil Action
          Plaintiff                      ) No. 11-cv-01567
                                         )
     vs.                                 )
                                         )
HARTFORD CASUALTY INSURANCE              )
  COMPANY,                               )
                                         )
          Defendants                     )

O R D E R

NOW, this 11th day of October, 2012, upon consideration of Plaintiff, 7th & Allen Equities', Motion to File Sur Reply Brief to Reply Brief of Defendant, Hartford Casualty Insurance Company to the Opposition to Defendant's Motion for Summary Judgment, which motion to file sur reply brief was filed October 1, 2012 (Document 70); upon review of plaintiff's proposed sur reply brief, which was attached to the within motion; it appearing that plaintiff's sur reply brief may be helpful in the adjudication of defendant's motion for summary judgment,

IT IS ORDERED that plaintiff's motion for leave to file a sur reply brief is granted.

IT IS FURTHER ORDERED that the Clerk of Court is directed to file Plaintiff, 7th & Allen Equities', Sur Reply Brief to Reply Brief of Defendant, Hartford Casualty Insurance Company, to the Opposition to Defendant's Motion for Summary Judgment, which is attached to the within motion (Document 70-1).

BY THE COURT:


/s/ James Knoll Gardner
James Knoll Gardner
United States District Judge