IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA
JAMES KNOLL GARDNER, DISTRICT JUDGE

## APPLICATION FOR CONTINUANCE

**INSTRUCTIONS:**
1. Please type or print legibly.
2. Counsel of record and unrepresented parties must sign.
3. Applying counsel or unrepresented party shall (a) complete Sections I, II and III; (b) obtain a new date certain from Judge Gardner's chambers; (c) obtain agreement of all counsel and unrepresented parties to the new date; and (d) insert new agreed date and time on the "DATE/TIME" line in Section V.
4. Other counsel of record and unrepresented parties shall complete Section IV, indicating whether "UNOPPOSED" or "OPPOSED", and specifying the reasons for any opposition.
5. This form may be submitted in multiple parts.

**I.  APPLICATION IS MADE TO CONTINUE THE FOLLOWING CASE(S):**

CASE NO: 11-cv-01567

7th & Allen Equities
           vs
Hartford Casualty Insurance Company

COMPANION CASE NO(S):

CASE SCHEDULED ON   DATE November 5, 2012   TIME 9:30 o'clock a.m.

BEFORE JUDGE JAMES KNOLL GARDNER

TYPE OF PROCEEDING (CHECK BELOW)

- [ ] ARGUMENT
- [ ] HEARING
- [X] JURY TRIAL
- [ ] NON-JURY TRIAL
- [ ] PLEA HEARING
- [ ] RULE 16 OFFICE STATUS CONFERENCE
- [ ] RULE 16 OFFICE PRE-TRIAL CONFERENCE
- [ ] RULE 16 TELEPHONE STATUS CONFERENCE
- [ ] RULE 16 TELEPHONE PRE-TRIAL CONFERENCE
- [ ] SENTENCING
- [ ] SETTLEMENT CONFERENCE
- [ ] OTHER _____

**II.  NUMBER OF PREVIOUS CONTINUANCES** 0   BY PLAINTIFF 0   BY DEFENDANT 0
   BY THIRD PARTY PLAINTIFF ___   BY THIRD PARTY DEFENDANT ___

**III.  APPLICATION IS MADE FOR THE FOLLOWING REASON(S):** Due to Hurricane Sandy, defendants two main witnesses Alan Mycek and Steve Broderick are unable to testify as they will be away from their homes adjusting claims 7 days/wk for foreseeable future

Hartford Casualty Ins.                10/31/12              Michael J. O'Neill
APPLYING PARTY: PLEASE PRINT AND SIGN    DATE           REPRESENTING
Telephone: _____

**IV.  APPLICATION IS UNOPPOSED/OPPOSED FOR THE FOLLOWING REASON(S):** Trial has been scheduled for months and pl witnesses availability at later date unknown. Also, willing to do video of witnesses so can be used at trial so no need to delay trial.

7th & Allen                  10/31/12           Mark S. Haltzman
OPPOSING PARTY: PLEASE PRINT AND SIGN    DATE         REPRESENTING
Telephone: _____

_____      _____      _____
OPPOSING PARTY: PLEASE PRINT AND SIGN    DATE         REPRESENTING
Telephone: _____

**ENTERED**
NOV 0 1 2012
CLERK OF COURT

NOW, October 31, 2012

**V.  ACTION TAKEN BY THE COURT:**

- [X] APPLICATION IS GRANTED AND THE CASE IS CONTINUED
- [ ] APPLICATION DENIED
- [ ] NO FURTHER CONTINUANCES

[X] TO Wednesday November 7, 2012 at 9:30 o'clock am in the James A. Byrne
       DATE/TIME   United States Courthouse, Philadelphia, Pennsylvania, in a
       Courtroom to be announced.

                                    James Knoll Gardner
                                         JUDGE