```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA

7TH & ALLEN EQUITIES,           )
                                )   Civil Action
           Plaintiff            )   No. 11-CV-01567
                                )
      vs.                       )
                                )
HARTFORD CASUALTY INSURANCE     )
   COMPANY,                     )
                                )
           Defendants           )
```

### AMENDED JURY TRIAL ATTACHMENT ORDER

NOW, this 9th day of November, 2012, it appearing by Amended Jury Trial Attachment Order dated and filed February 29, 2012; this case was attached for a jury trial on November 5, 2012; it further appearing this jury trial was not reached at that trial term,

IT IS ORDERED, that a jury trial of the within case shall commence before Judge Gardner on Monday, January 28, 2013, at 9:30 o'clock a.m., or as soon thereafter as the schedule of the court permits, with the selection of a jury at the James A. Byrne United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania. After completion of jury selection, the trial shall continue in Courtroom B, Edward N. Cahn United States Courthouse, 504 West Hamilton Street, Allentown, Pennsylvania.  This Order shall serve as a formal attachment for trial.

IT IS FURTHER ORDERED that in all other respects the terms and conditions of the Amended Jury Trial Attachment Order dated and filed February 29, 2012, shall remain in full force and effect.

By:

/s/ Cheryl E. Sinclair
CHERYL E. SINCLAIR
Civil Deputy Clerk to
Judge James Knoll Gardner
Phone:  (610) 434-3457