IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| 7TH & ALLEN EQUITIES, | ) |
| Plaintiff | ) Civil Action<br>) No. 11-CV-01567 |
| vs. | ) |
| HARTFORD CASUALTY INSURANCE<br>   COMPANY, | ) |
| Defendants | ) |

SETTLEMENT CONFERENCE SCHEDULING ORDER

NOW, this 9th day of November, 2012,

IT IS ORDERED that a settlement conference is scheduled on Wednesday, November 14, 2012 at 2:00 o'clock p.m. in the chambers of Judge James Knoll Gardner at Edward N. Cahn United States Courthouse, 504 West Hamilton Street, Suite 4701, Allentown, Pennsylvania.

IT IS FURTHER ORDERED that all parties to the litigation, whether represented by counsel or not, and lead trial counsel of record for each represented party, shall attend the settlement conference.  In addition, unless ordered by Judge Gardner to be personally present, liability insurance company representatives with final settlement authority shall be available to counsel by telephone throughout the entire conference.

IT IS FURTHER ORDERED that counsel shall provide Judge Gardner[1] by mail, delivery service, or fax, to be received by Judge Gardner not later than noon on Tuesday, November 13, 2012, an informal memorandum which shall not exceed two pages in length and which shall include the following information:

1. A brief statement of the facts.
2. The party's liability contentions.
3. The party's damages contentions.
4. Enumeration of all special or liquidated damages claimed.
5. History of settlement negotiations, including all demands and offers.

---

[1] The memoranda may be forwarded to Judge Gardner by mail at Edward N. Cahn United States Courthouse, 504 West Hamilton Street, Suite 4701, Allentown, PA  18101; or by fax at (610) 434-3459.

IT IS FURTHER ORDERED that continuances will be granted only in extraordinary circumstances.  Continuance requests shall be signed by one counsel of record for each represented party and by each unrepresented party.  Continuance requests shall be submitted at least ten days prior to the conference on a form approved by Judge Gardner.

By:

/s/ Cheryl E. Sinclair
CHERYL E. SINCLAIR
Civil Deputy Clerk to
Judge James Knoll Gardner
Phone:  (610) 434-3457